IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19MJ 300 |
| | ) | |
| SIRI IAMSAKULDACHA, | ) | |
| | ) | Court Date: July 15, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(Misdemeanor 7517739)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 6, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SIRI IAMSAKULDACHA, did unlawfully, knowingly, and willfully fail to stop, when approaching, from any direction, any school bus which was stopped on a highway for the purpose of taking on or discharging children, and to remain stopped until all such children were clear of the highway or school driveway and the bus was put in motion.

((In violation of Title 18, United States Code, Section 13 assimilating Virginia Code Section 46.2-859)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: elizabeth.banger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

Siri Iamsakuldacha
3827 Miramonte Place
Alexandria, Virginia 22309

By: *Elizabeth A. B*
Elizabeth A. Banger
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3854
Fax: (703) 299-3980
Email: elizabeth.banger@usdoj.gov